# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 04 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHEL JAVIER RAMIREZ-MONTES,<br>  aka "Michel Javier Ramirez-Montez,"<br>  aka "Michel Javier Montes,"<br>  aka "Michel Javier Montez,"<br><br>    Defendant. | Case No. 2:20-mj-1091-VCF<br><br>Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment |

    Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on __1/5/2021 AT 4:00 pm_____, be vacated and continued to April 5, 2021 at 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 4th day of January, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE