**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHEL JAVIER RAMIREZ-MONTES,<br><br>        Defendant. | Case No. 2:20-MJ-01091-VCF-1<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, April 5, 2021 at the hour of 4:00 p.m., be vacated and continued to May 10, 2021 at 4:00 pm in LV Courtroom 3D before Judge Cam Ferenbach.

    DATED this   2   day of April, 2021.

                                                         UNITED STATES MAGISTRATE JUDGE

3